UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



PABLO ALEJANDRO CHABLA,

           Plaintiff,

-v-

S.C.N.Y. CAFE MANAGEMENT INC. *d/b/a Sidewalk Cafe, et al.*,

           Defendants.

No. 17-cv-1790 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    On October 27, 2017, the Court held a fairness hearing on the proposed settlement in this case (*see* Doc. No. 17). As set forth on the record at the fairness hearing, the Court found that the settlement is fair and reasonable, *see Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015), and that Plaintiff's counsel's request for attorneys' fees and litigation costs is also fair and reasonable. Accordingly, IT IS HEREBY ORDERED THAT the settlement and award of attorneys' fees and costs are approved.

    IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    October 27, 2017
             New York, New York

                                                 RICHARD J. SULLIVAN
                                               UNITED STATES DISTRICT JUDGE